United States District Court
Northern District of California

1

2

3

4

5

6

7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11   RAMON NAVARRO LUPERCIO,                Case No. 21-03126 NC (PR)

12              Petitioner,

13          v.                             **ORDER OF TRANSFER**

14   MACARIO MENDOZA,

15              Respondent.

16

17          Petitioner, a state prisoner at San Quentin State Prison, has filed a petition for a writ of

18   habeas corpus under 28 U.S.C. § 2254.  Petitioner challenges his state conviction from the

19   Superior Court of Tulare County.  Venue for a habeas action is proper in either the district of

20   confinement or the district of conviction.  *See* 28 U.S.C. § 2241(d).  However, petitions

21   challenging a conviction or sentence are preferably heard in the district of conviction.  *See* Habeas

22   L.R. 2254-3(b)(1); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968).  Here, because

23   petitioner challenges a conviction from Tulare County, the Eastern District of California is the

24   district of conviction.

25

26

27   Case No. 21-03126-NC (PR)
     ORDER OF TRANSFER
28

Accordingly, this case is **TRANSFERRED** to the United States District Court for the

Eastern District of California.  *See* 28 U.S.C. § 1406(a).  The Clerk shall terminate all pending

motions and transfer the entire file to the Eastern District of California.

**IT IS SO ORDERED.**

DATED:  June 14, 2021

NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 21-03126-NC (PR)
ORDER OF TRANSFER

United States District Court
Northern District of California