# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON N. LUPERCIO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MACARIO MENDOZA,<br><br>　　　　Respondent. | Case No.: 1:21-cv-00935-NONE-JLT (HC)<br><br>ORDER DISREGARDING MISCELLANEOUS MOTION<br><br>(Doc. 7) |

On May 18, 2021, Petitioner filed a motion for a new trial. (Doc. 7.) However, the Court has issued findings and recommendations to dismiss the petition for lack of jurisdiction. (Doc. 13.) Therefore, Petitioner's motion is hereby DISREGARDED.

IT IS SO ORDERED.

　　Dated: __**June 19, 2021**__　　　　_____/s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE

1